IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEENAN COFIELD                                  *
        Plaintiff,
   v.                                              *   CIVIL ACTION NO. CCB-12-1936

WARDEN                                          *
        Defendant.
                                              ***

MEMORANDUM

Keenan K. Cofield ("Cofield"), a federal inmate housed at the Federal Correctional Institution at Fairton, New Jersey ("FCI-Fairton"), filed a "notice of complaint" against defense attorney Thomas Saunders,[1] claiming that over the past seven months he gave Saunders over 500 pages of his original documents for which Cofield has no copies, and that he has written and called Saunders more than 20 times about his medical records, files, papers and documents from state courts in Maryland and Pennsylvania. ECF No. 1. Construing the notice liberally, this matter was opened as a civil rights complaint. Upon further examination, however, it appears Cofield did not intend to file a lawsuit about his papers. Nor would this court have any jurisdiction over such a suit. Accordingly, this case will be dismissed, without requiring a filing fee or service of process.

Date: <u>July 5, 2012</u>                    /s/_____
                                                     Catherine C. Blake
                                                     United States District Judge

---

[1] Saunders was Cofield's defense attorney in *United States v. Cofield*, Criminal No. MJG-04-0099 (D. Md.).